· GABRIEL LOMEL v. WILLIAM S. CHAPPELL.

APPEAL by the defendant from a judgment of the Parish Court of New Orleans, *Maurian, J.*

*Buscail* and *Roselius*, for the plaintiff.

*Maybin*, for the appellant.

BULLARD, J. This case turns upon mere questions of fact, which we are satisfied were correctly solved in the court below. The appellee has waived his claim for damages.

*Judgment affirmed.*